UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIMOTHY BROWN | CIVIL ACTION |
| VERSUS | CASE NO. 21-40 |
| JEFFERSON PARISH SCHOOL BOARD, ET AL. | SECTION: "G" |

### ORDER

Pending before the Court is Defendants "Motion to Dismiss" filed on February 9, 2021.[1] On March 29, 2021, Plaintiff filed an amended complaint, supplementing and amending Plaintiff's constitutional challenges.[2] Therefore, the amended complaint renders the original motion to dismiss moot.[3] Accordingly,

**IT IS HEREBY ORDERED** that Defendants' "Motion to Dismiss"[4] filed on February 9, 2021 is **DENIED AS MOOT**.

**NEW ORLEANS, LOUISIANA**, this ___20th___ day of April, 2021.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 11.
[2] Rec. Doc. 35.
[3] *See Griffin v. Am. Zurich Ins. Co.*, 697 F. App'x 793, 797 (5th Cir. 2017), as revised (June 8, 2017) (citing *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994)).
[4] Rec. Doc. 11.