UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIMOTHY BROWN, INDIVIDUALLY AND ON BEHALF OF HIS MINOR CHILD, T.B. | * * * * |
| | * CASE NO. 2:21-CV-00040 |
| | * |
| VERSUS | * SECTION G, DIVISION 5 |
| | * |
| JEFFERSON PARISH SCHOOL BOARD, DR. JAMES GRAY, DR. CHRISTINE TEMPLET, AND TERRI JOIA | * CHIEF JUDGE BROWN * * MAGISTRATE NORTH * |
| * * * * * * * * * * * * * * | * |

## JUDGMENT

Considering the foregoing Joint Stipulation of Dismissal executed by Defendants, the Jefferson Parish School Board, Dr. James Gray, Dr. Christine Templet, and Terri Joia ("Defendants") and Plaintiff, Timothy Brown, individually and on behalf of his minor child, T.B. ("Brown"):

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims of Brown as set forth in the Complaint and First Amending and Supplemental Complaint and all claims in Defendants' Counterclaim as to Brown in the above-captioned matter be dismissed with prejudice, with each party to bear its own costs and attorney's fees, specifically reserving Defendants' claims in their Counterclaim as to the Louisiana Attorney General and reserving all claims made by the Louisiana Attorney General against Defendants.

NEW ORLEANS, LOUISIANA, this 16th day of August, 2021.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**